UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 03-2607

UNITED STATES OF AMERICA

v.

MARCRESSE MCCOY
a/k/a MARK SHINNE
a/k/a MARK CHIN
a/k/a JERRON MCCOY

Marcresse McCoy,
<u>Appellant</u>

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 98-cr-00005-2E)
District Judge: Honorable Sean J. McLaughlin

Before: SLOVITER, AMBRO, and ALDISERT, <u>Circuit Judges</u>.

<u>JUDGMENT</u>

This cause came on to be heard on the record from the United States District Court for the Western District of Pennsylvania and was argued on February 14, 2005.

On consideration whereof, it is now hereby ADJUDGED and ORDERED that the judgment of the district court entered May 20, 2003, be and the same is hereby REVERSED. All of the above in accordance with the opinion of this Court.

Attest:

_Marcia M. Waldron_
Clerk

DATED: June 6, 2005

Certified as a true copy and issued in lieu of a formal mandate on 6/28/05

Teste: _Marcia M. Waldron_
Clerk, U.S. Court of Appeals for the Third Circuit