OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

**Marcia M. Waldron**
Clerk

FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia PA 19106-1790

Telephone
267-299-4915

www.ca3.uscourts.gov

June 28, 2005

Mr. Robert V. Barth Jr., Clerk
United States District Court for the Western District of PA
Room 3100 United States Post Office & Courthouse
700 Grant Street, P.O. Box 1805
Pittsburgh, PA  15230

RE: Docket No. 03-2607
    USA  vs. McCoy
    D.C. No. 98-cr-00005-2E

RECEIVED
JUL 0 5 2005
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Dear Mr. Barth:

  Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

  Kindly acknowledge receipt for same on the enclosed copy of this letter.

  Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

                          Very truly yours,
                          MARCIA M. WALDRON
                          Clerk

                  By:     LaToya Corprew/pdb
                          LaToya Corprew
                          Case Manager

Enclosure

cc:
    Bonnie R. Schlueter, Esq.
    Paul M. Thompson, Esq.
    Michael L. Ivory, Esq.
    Bruce A. Antkowiak, Esq.