IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff, ) | |
| ) | CRIMINAL NO. 98-5 ERIE |
| V ) | |
| ) | |
| MARCRESSE MCCOY, ) | |
|     Defendant. ) | |

### NOTICE

TAKE NOTICE that the above-entitled case is scheduled for a Status Conference on

**Monday, August 1, 2005 at 1:00 p.m.** before the Honorable Sean J. McLaughlin in Courtroom

C, United States Courthouse and Post Office, 17 South Park Row, Erie, Pennsylvania.


    /s/Nicole M. Kierzek
    Nicole M. Kierzek
    Deputy Clerk


cc: All counsel of record.   nk