IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff, ) | |
| ) | CRIMINAL NO. 98-5 ERIE |
| V ) | |
| ) | |
| MARCRESSE MCCOY ) | |
|     Defendant. ) | |

## **NOTICE**

TAKE NOTICE that the above-entitled case is re-scheduled for a Status Conference on

**Monday, August 1, 2005 at 2:00 p.m.** before the Honorable Sean J. McLaughlin in Courtroom

C, United States Courthouse and Post Office, 17 South Park Row, Erie, Pennsylvania.


/S/Nicole M. Kierzek
Nicole M. Kierzek
Deputy Clerk


cc: All counsel of record. nk