IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) 1:98-cr-5 |
| v. | ) |
| | ) |
| MARCRESSE MCCOY | ) |
| a/k/a MARK SHINNE | ) |
| a/k/a MARK CHIN | ) |
| a/k/a JERRON MCCOY | ) |

## **ORDER**

AND NOW, *to wit,* this 14th day of July 2005, the Court's May 20, 2003 judgment in the above-captioned matter having been reversed and the matter having been remanded for an evidentiary hearing as set forth in United States v. McCoy, No. 03-2607 (3d Cir. June 6, 2005),

IT IS HEREBY ORDERED that an **evidentiary hearing** pertaining to Defendant's motion under 28 U.S.C. § 2255 will be held on **Friday, September 16, 2005 at 10:00 am** in **Courtroom C**, United States Courthouse, 17 South Park Row, Erie, Pennsylvania.

                                              s/ Sean J. McLaughlin
                                              United States District Judge

cm:    all counsel of record.