**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT

July 12, 2005

DOLORES K. SLOVITER
CIRCUIT JUDGE

18614 UNITED STATES COURTHOUSE
INDEPENDENCE MALL WEST
PHILADELPHIA, PA. 19106

CR 98-5

Ms. Nicole Kierzek
  Civil and Criminal Appeals Clerk
United States District Court
  Western District of Pennsylvania
102 U.S. Post Office & Courthouse
P. O. Box 1820
State Street & Perry Square
Erie, PA 16507

       Re: United States v. McCoy,
         No. 03-2607

Dear Ms. Kierzek:

       Enclosed herewith we are returning the record in the above entitled case.

                  Sincerely,

                  *Mary Lou Kanz*
                  Ms. Mary Lou Kanz
                  Secretary to Judge Sloviter

Enclosure