IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v. )<br>)<br>MARCRESSE MCCOY )<br>a/k/a Mark Chin )<br>a/k/a Mark Shinne )<br>a/k/a Jerron McCoy ) | Criminal No. 98-5 Erie |

**APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

    The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

    1. Name of Detainee: Marcresse McCoy, 10743-068, Year of Birth: 1973, African American, Male.

    2. Detained by: USP Lewisburg, 2400 Robert F. Miller Drive, Lewisburg, Pennsylvania 17837.

    3. Detainee has been sentenced in this district for violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(iii), 841(b)(1)(C) and 846, and is presently in federal custody at USP Lewisburg, Lewisburg, Pennsylvania.

    4. The above case is set for an evidentiary hearing at Erie, Pennsylvania on September 16, 2005, at 10:00 a.m., and it shall therefore be necessary for detainee to be present in Court at that time.

    5. The Warden of USP Lewisburg, Lewisburg, Pennsylvania has no objection to the granting of this petition.

                                      s/Marshall J. Piccinini
                                      MARSHALL J. PICCININI
                                      Assistant U.S. Attorney
                                      PA ID No. 56362

ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

_____                                  _____
DATE                                              UNITED STATES DISTRICT JUDGE

cc: United States Attorney