# IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States
_____
Plaintiff

vs.   No. CR 98-5 ERie

Marcresse McCoy
_____
Defendant

HEARING ON 2255 Motion

Before Judge Sean J. McLaughlin

Marshall Piccinini, AUSA    Bruce Antkowiak, Esq.

Appear for ~~Plaintiff~~   Appear for ~~Defendant~~
USA                         McCoy

Hearing begun 9-16-05 10:00 AM Hearing adjourned to _____

Hearing concluded (C.A.V.) 11:45 AM Stenographer Ron Bench

Clerk: K.A. Scibetta

WITNESSES:

For Plaintiff                For Defendant

Δ has 30 days from receipt of hearing transcript in which to file proposed findings of fact and conclusions of law. Govt. has 30 days thereafter in which to file its proposed findings of fact + conclusions of law.