AO 187A (Rev. 7/87)

| | | | | | |
|---|---|---|---|---|---|
| United States | | | vs. | Marcress McCoy | CASE NO. CR 98-5 ERie |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| ✓ | | 9-16-05 | | | Khadija T. Diggs, Esq. |
| | A | | ✓ | | Govt's 404 (b) Notices |
| | B | | ✓ | | Jencks material (under seal) |
| | C | | ✓ | | Notes of Trial Counsel |
| 1 | | | ✓ | | Criminal Docket Sheet |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |