CR 98-5E
CK# 73006022
37

**CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (5-99)**

| 1. CIR. DIST. DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| 031501 | Marcresse McCoy | | 05TC1SC00014 |

| 3. MAG. DKT. DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | CR 98-5-2 | | |

| 7. IN CASE MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S.A. v. Joseph Barnette (1) & Marcresse McCoy (2) | ☒ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☐ Appeal | ☒ Adult Defendant ☐ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other: | MA |

**11. OFFENSE(S) CHARGED**
USC 21:846 (Count 1s); 21:841(a)(1), 21:841(b)(1)(A)(iii) & 18:2 (Count 2s); 21:841(b)(1)(C) & 18:2 (Count 3s); 18:922(G)(F) (Count 5s)

**REQUEST AND AUTHORIZATION FOR TRANSCRIPT**

**12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED**
Briefing

**13. PROCEEDING TO BE TRANSCRIBED**
09-16-05 Evidentiary Hearing held before The Honorable Sean J. McLaughlin

**14. SPECIAL AUTHORIZATIONS** — JUDGE'S INITIALS

A. Apportioned Cost ___ % of transcript with (Give case name and defendant)

B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript  ☐ Realtime Unedited Transcript

C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

**15. ATTORNEY'S STATEMENT**
Signature: [signed] 09-19-05
Bruce A. Antkowiak, Esquire
Telephone Number: (724)837-2100
☒ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization

**16. COURT ORDER**
Signature: [signed]  9/21/05

**CLAIM FOR SERVICES**

| 17. COURT REPORTER/TRANSCRIBER STATUS | 18. PAYEE'S NAME AND MAILING ADDRESS |
|---|---|
| ☒ Official ☐ Contract ☐ Transcriber ☐ Other | Ron Bench, Court Reporter, 17 S. Park Row, U.S. Courthouse, Erie, PA 16501  Telephone: (814)464-9613 |

**19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE**
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

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | 1 - 69 | 69 | 3.30 | 227.70 | | $ 227.70 |
| Copy | | | | | | |
| Expenses | | | | | | |
| | | | | **TOTAL AMOUNT CLAIMED:** | | $ 227.70 |

**21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED**
Signature of Claimant/Payee: [signed]   Date 10/6/05

**22. CERTIFICATION OF ATTORNEY OR CLERK**
[signed]  10-10-05

**APPROVED FOR PAYMENT - COURT USE ONLY**

| 23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED |
|---|---|
| [signed] 10/13/05 | $ 227.70 |