**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Action No. 98-5 Erie |
| v. ) | |
| ) | Civil Action No. 02-182 Erie |
| MARCRESSE McCOY ) | |

## ORDER OF JUDGMENT

_____AND NOW this 2nd day of February 2006, upon consideration of the Defendant's motion for relief under 28 U.S.C. § 2255, and for the reasons set forth in the Court's findings of fact and conclusions of law being filed contemporaneously herewith, IT IS HEREBY ORDERED as follows:

1. Petitioner's request for habeas corpus relief on his convictions and sentences relative to Counts 1 through 3 of the Superseding Indictment is GRANTED;

2. The execution of the writ of habeas corpus is STAYED for 120 days from the date of this Order, during which time the United States may conduct a new trial;

3. After 120 days, should the United States not conduct a new trial, the writ shall issue and the United States shall release the Defendant consistent with the foregoing findings of fact and conclusions of law; and

4. In the event the United States files an appeal to the United States Court of Appeals for the Third Circuit,[1] this Order will be stayed pending the outcome of such appellate proceedings.

                                        s/   Sean J. McLaughlin
                                        SEAN J. McLAUGHLIN
                                        UNITED STATES DISTRICT COURT JUDGE

cc:    All counsel of record.

_____

[1] No certificate of appealability need be issued in order for the government to appeal this Order of Judgment.  See Fed. R. App. P. 22(b)(3).