IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | ) CRIMINAL NO.: 98-05 Erie |
| | ) |
| MARCRESSE MCCOY, | ) |
| | ) |
| DEFENDANT. | ) |

**ORDER OF COURT**

AND NOW, to-wit, this _____ day of February, 2006, it is hereby ORDERED that Marcreese McCoy's bond is reinstated.

It is further Ordered that the Bureau of Prisons shall release Marcreese McCoy from incarceration forthwith.

BY THE COURT,

_____, J.
THE HONORABLE SEAN J. MCLAUGHLIN