**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
**P. O. BOX 1820**
**ERIE, PENNSYLVANIA 16507**
WWW.PAWD.USCOURTS.GOV

RECEIVED
MAR - 9 2006
U.S.C.A. 3rd. CIR

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

ROBERT V. BARTH, JR.
CLERK OF COURT
814-464-9600

DATE: March 2, 2006

Marcia M. Waldron, Clerk
United States Court of Appeals
21400 U.S. Courthouse
Independence Mall, West
601 Market Street
Philadelphia, PA 19106

IN RE: USA v. BARNETTE, et al
WESTERN DIST. OF PA NO. 98-cr-5 Erie
U.S.C.A. NO. 00-3257
U.S.C.A. NO. 00-3258

Dear Ms. Waldron:

Enclosed please find:

_     One certified copy of the docket entries to be filed as the Certified List in Lieu of the Record.

X     Actual Record with one certified copy and one uncertified copy of the docket entries.

_     One certified copy of the docket entries to be filed as the Certified List in Lieu of the _ Supplemental Record.

_     Actual _ Supplemental Record with one certified copy and one uncertified copy of the docket entries.

Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: *Debra L. Mayo*
Debra L. Mayo
Deputy Clerk

Enclosures
RECEIPT ACKNOWLEDGED BY: _CLC_ DATE 3/9/06

CLERK
WEST. DIST. OF PA
MAR 17 2006
RECEIVED