IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 98-5 Erie |
| | ) |
| MARCREESE McCOY | ) |

### O R D E R

AND NOW, this _____ day of _____, 2006, the within motion is granted and it is hereby ORDERED that the Superseding Indictment, Criminal No. 98-5 Erie returned by the Federal Grand Jury on June 16, 1998 as to defendant Marcreese McCoy, be and the same is hereby dismissed.

_____
UNITED STATES DISTRICT JUDGE

cc: United States Attorney