IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 98-5 Erie |
| | ) | |
| MARCRESSE McCOY | ) | |

### EXHIBIT RECEIPT

Government's Exhibits:                           Defendant's Exhibits:

_____                    A. Government's Rule 404(b) Notices

_____                    B. Jencks Materials (under seal)

_____                    C. Notes of Khadija Diggs, Esq.

Received on:      _____
                        (date)

Received by:      _____
                        (print)

                        _____
                        (sign)

Attorney for:      Marcresse McCoy

PLEASE SIGN AND RETURN A COPY TO:     Kathleen Scibetta
                                                                  c/o Judge McLaughlin's Chambers
                                                                  Room A-250
                                                                  United States Courthouse
                                                                  17 South Park Row
                                                                  Erie, PA  16501

Note:  **A COPY IS ALSO PROVIDED FOR YOUR RECORDS.**