IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    )
                             )
    v.                       )    Criminal No. 98-5 Erie
                             )
MARCRESSE McCOY              )

## EXHIBIT RECEIPT

Government's Exhibits:                Defendant's Exhibits:

_____                 A. Government's Rule 404(b) Notices

_____                 B. Jencks Materials (under seal)

_____                 C. Notes of Khadija Diggs, Esq.

Received on:    __04/12/06__
                (date)

Received by:    __Bruce A. Antkowiak__
                (print)

                _____
                (sign)

Attorney for:   Marcresse McCoy


PLEASE SIGN AND FILE BY ECF.